UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>        Debtors.<br><br>---<br><br>W.R. GRACE & CO., et al.,,<br><br>        Plaintiffs,<br><br>        - against -<br><br>MARGARET CHAKARIAN, et al., and JOHN DOES 1-1000,<br><br>        Defendants. | Chapter 11<br><br>Case Nos. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 01-771<br><br><br><br>Re: Docket Nos. 419, 420, 483, 484, 490, 492 and 495 |

### STATE OF MONTANA'S LIMITED JOINDER OF W.R. GRACE'S MOTION FOR LEAVE TO APPEAL ORDER DENYING INJUNCTION

The State of Montana ("Montana"), by and through its undersigned counsel, hereby joins the "Motion of W.R. Grace for Leave to Appeal Order Denying Injunction," dated April 11, 2008 [D.I. Number 495], but such joinder is limited to subject matter jurisdiction only.

Dated: May 1, 2008

        **Womble Carlyle Sandridge & Rice, PLLC**

        */s/ Kevin J. Mangan*
        Francis A. Monaco, Jr. (#2078)
        Kevin J. Mangan (#3810)
        222 Delaware Avenue, Suite 1501
        Wilmington, DE 19801
        Telephone: (302) 252-4340
        Facsimile: (302) 661-7730

WCSR 3879492v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>        Debtors.<br>_____<br><br>W.R. GRACE & CO., *et al.*,,<br><br>        Plaintiffs,<br><br>        - against -<br><br>MARGARET CHAKARIAN, *et al.,* and<br>JOHN DOES 1-1000,<br><br>        Defendants. | Chapter 11<br><br>Case Nos. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br><br><br><br>**Adv. Pro. No. 01-771** |

### CERTIFICATE OF SERVICE

    I, Kristie Dalton, certify that I am not less than 18 years of age, and that service of **Montana's Limited Joinder of W.R. Grace's Motion for Leave to Appeal** was made via electronic mail and US Mail or Hand Delivery on May 1, 2008 upon:

Evelyn Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19899

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 North King Street, First Floor
Wilmington, DE 19801

Edward B. Rosenthal, Esquire
ROSENTHAL, MONHAIT &
GODDESS, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070

WCSR 3891773v1

Edward C. Toole, Jr.
Anne Marie Aaronson
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Daniel M. Glosband
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Elizabeth DeCristofaro (pro hac vice)
FORD MARRIN ESPOSITO
WITMEYER & GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

Carl Pennicone, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Roger Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street
Wilmington, DE 19801

Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Theodore Tacconnelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Beana Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FOL  33131

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas circle, N.W.
Washington, DC  20005

Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Daniel C. Cohn, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Ste. 600
Wilmington, DE 19801

Edward J. Longosz, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW, Ste. 1200
Washington, DC 20006

Under penalty of perjury, I declare that the foregoing is true and correct.

May 1, 08
Date

Kristie Dalton

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____    ○ BK    ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
_____
    Docket Number: _____    Date Entered: _____

Item Transmitted:  ○ Notice of Appeal            ○ Motion for Leave to Appeal
                      ○ Amended Notice of Appeal  ○ Cross Appeal
                Docket Number: _____    Date Filed: _____

*Appellant/Cross Appellant:                    *Appellee/Cross Appellee
_____              _____
Counsel for Appellant:                         Counsel for Appellee:
_____              _____
_____              _____
_____              _____
_____              _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____                By: _____
Date                                                Deputy Clerk
_____
                                                                                   FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06