IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace & Co., et al.

| | | |
|---|---|---|
| W.R. Grace & Co., et al., and the State of Montana, | : | 08-mc-91 |
| Appellants, | : | |
| v. | : | Bankruptcy Case No. 01-1139 |
| | : | Adversary Case No. 01-771 |
| Libby Claimants, | : | Appeal No. 08-19 |
| Appellee. | : | |

## ORDER

AND NOW, this 13th day of May, 2008, for administrative purposes, it is hereby **ORDERED** that the case docket numbers **08-cv-246** and **08-mc-91** are consolidated under **08-cv-246**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.